UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>1.  Juan Ulfany MATEO SOTO, a/k/a Juan Gabriel Leon Miranda, a/k/a Virgilio Rios, a/k/a Ambiori;<br><br>2.   Angel TORRES LEON, a/k/a Pipiolo, a/k/a Chulo;<br><br>3.   Hector GOMEZ, a/k/a Chiqui; a/k/a Cheeky;<br><br>4.   Maximo RODRIGUEZ;<br><br>5.   ANGEL FIGUERAS, a/k/a Angel Torres-Vazquez, a/k/a Angelito;<br><br>6.   Wallington GARCIA, a/k/a Ariel<br><br>Defendants | Criminal No. 16-cr-10350-RGS<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute, and to Distribute, Cocaine; and Conspiracy to Attempt to Possess with Intent to Distribute Cocaine)<br><br>18 U.S.C. § 2<br>(Aiding and abetting)<br><br>21 U.S.C. § 853<br>(Criminal Forfeiture)<br><br>**Filed Under Seal** |

**MOTION TO UNSEAL INDICTMENT**

The United States Attorney, Carmen M. Ortiz, through the undersigned, hereby respectfully requests that the indictment be unsealed. As grounds for the motion, the government states that the arrests have been made and there is no longer any reason to keep the indictment under seal.

December 13, 2016

Respectfully submitted,

_____
Susan G. Winkler
Assistant U.S. Attorney
(617) 748-3151