UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 16-10350-RGS

UNITED STATES OF AMERICA

V.

WALLINGTON GARCIA

**MOTION FOR DETENTION HEARING**

NOW COMES the defendant in the above-entitled matter and hereby moves the Court for a detention hearing, and in support of the within Motion states as follows:

1. On December 8, 2016 the defendant was indicted for conspiracy to attempt to possess with the intent to distribute cocaine, in violation of 21 U.S.C. §846.

2. The defendant was arrested and an Initial Appearance and Arraignment occurred on December 13, 2016.  The defendant pled not guilty and stipulated to detention, without prejudice.

3. On December 14, 2016, the defendant appeared with retained counsel who moved to continue the detention hearing to December 21, 2016.

4. On December 21, 2016, the defendant, through counsel, assented to a voluntary order of detention without prejudice to his right to seek release on conditions at a later date.

WHEREFORE, the defendant respectfully requests that this Honorable Court schedule a detention hearing to consider the issue of pre-trial release at the Status Conference scheduled for January 24, 2017.

Dated:  January 18, 2017

          RESPECTFULLY SUBMITTED
          FOR THE DEFENDANT
          BY HIS ATTORNEY

          /s/ Scott F. Gleason
          Scott F. Gleason, Esquire
          GLEASON LAW OFFICES, P.C.
          163 Merrimack Street
          Haverhill, MA  01830
          (978) 521-4044
          B.B.O. Reg. No. 195000

## CERTIFICATE OF SERVICE

I, Scott F. Esquire, do hereby certify that I have this date filed a copy of the within Motion For Detention Hearing to Susan Winkler, Assistant United States Attorney, United States Attorney's Office by way of electronic filing.

Dated:  January 18, 2017            /s/Scott F. Gleason
                                                                             Scott F. Gleason, Esquire