✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MA _____

UNITED STATES

V.

JUAN ULFANY MATEO SOTO

**EXHIBIT AND WITNESS LIST**

Case Number: 16-CR-10350-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David H. Hennessy, USMJ | Winkler | DiLibero |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/23/2017 | 10:00 | Belpedio |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 1/23/2017 | | | Trooper Christopher Jones |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 1/23/2017 | X | X | Report re: 10/27 Seizure |
| 2 | | 1/23/2017 | X | X | Line Sheets re: 10/27 Seizure Report |
| 3 | | 1/23/2017 | X | x | Line Sheets from 10/27 |
| 4 | | 1/23/2017 | X | X | Dft. Fingerprint results 12/16/16 |
| 5 | | 1/23/2017 | X | X | MA Criminal Docket from 2003 |
| 6 | | 1/23/2017 | X | X | Drivers License |
| 7 | | 1/23/2017 | X | X | MA Criminal Docket from 2005 |
| 8 | | 1/23/2017 | X | X | MA State Arrest Report-2005 |
| 9 | | 1/23/2017 | X | X | State Police Arrest Report in NH |
| 10 | | 1/23/2017 | X | X | Copy of New Hampshire Driver's License |
| 11 | | 1/23/2017 | X | X | Photo Copy of DR Driver's License |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1    Pages